UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:23-cr-87 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| CHRISTOPHER RAY CARLISLE | ) | Magistrate Judge Lee |
| | ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One and Count Two of the two-count Indictment; (2) accept Defendant's guilty plea as to Count One and Count Two; (3) adjudicate the Defendant guilty of Count One and Count Two; (4) defer a decision on whether to accept the plea agreement [Doc. 14] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter [Doc. 9]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 19] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One and Count Two of the Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One and Count Two is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Two;
4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **April 11, 2024 at 10:00 a.m. E.T.** before the undersigned.

   **SO ORDERED.**

   */s/     Charles E. Atchley, Jr.*
   **CHARLES E. ATCHLEY, JR.**
   **UNITED STATES DISTRICT JUDGE**
